# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER, SR.** | : | CIVIL ACTION NO. 1:14-CV-0245 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **MS. CINDY SMITH, MR. J. DILTZ, MS. SUSAN STOVER, MR. GREGORY BAKER,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of June, 2014, in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is GRANTED IN PART AND DENIED IN PART.

2. The motion is GRANTED with respect to the Eighth Amendment deliberate indifference to serious medical needs claim against defendants Smith and Baker.

3. The motion is DENIED with respect to the claims against defendants Diltz and Stover. Those claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g). The Clerk of Court is directed to TERMINATE these defendants.

4. The Clerk of Court is directed to FORWARD the consolidated complaint (Doc. 26) in this action and a copy of this order to the United States Marshal for service on defendants Cindy Smith and Gregory Baker.

5. Plaintiff's motion (Doc. 24) to produce evidence is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania