IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER, SR.,** | : | CIVIL NO. 1:14-CV-0245 |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MS. CINDY SMITH, MR. GREGORY BAKER,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of November, 2014, upon consideration of plaintiff's motions (Docs. 55, 58, 61, 66) for default judgment, and it appearing that although the waiver of service (Doc. 49) indicates that an answer or responsive pleading is due within sixty days from July 28, 2014, Rule 12(a)(3) of the Federal Rules of Civil Procedure states that when United States Officers or Employees are sued in their individual capacity, an answer to the complaint must be served within sixty days after service on the United States Attorney, and it appearing that the United States Attorney's Office was served on August 7, 2014 (Doc. 51), and that the motion (Doc. 62) to dismiss and, alternatively, for summary judgment was filed on October 6, 2014, and was therefore timely, it is hereby ORDERED that the motions (Docs. 55, 58, 61, 66) are DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania