IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER, SR.,** | : | CIVIL NO. 1:14-CV-0245 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MS. CINDY SMITH, MR. GREGORY BAKER,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of December, 2014, upon consideration of defendants' motion (Doc. 62) to dismiss and, alternatively, for summary judgment, it is hereby ORDERED that:

1. Defendants' motion (Doc. 62) for summary judgment is DEEMED unopposed and GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania